ACCEPTED
03-16-00358-CV
12595326
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2016 2:49:12 PM
JEFFREY D. KYLE
CLERK

**No. 03-16-00358-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/8/2016 2:49:12 PM
~~JEFFREY D. KYLE~~
Clerk

PATRICIA MOSLEY,
*Appellant/Cross-Appellee*,

*V.*

TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND TEXAS DEPARTMENT OF
FAMILY AND PROTECTIVE SERVICES,
*Appellees/Cross-Appellants*.

ON APPEAL FROM THE 201ST JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS, CAUSE NO. D-1-GN-15-001024

**CROSS-APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE CROSS-APPELLEE'S RESPONSE BRIEF**

BAKER BOTTS L.L.P.

98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
512.322.2500 (phone)
512.322.2501 (fax)

Kevin E. Vickers
State Bar No. 24079517
kevin.vickers@bakerbotts.com

Paulina Williams
State Bar No. 24066295
paulina.williams@bakerbotts.com

Samia R. Broadaway
State Bar No. 24088322
samia.broadaway@bakerbotts.com

ATTORNEYS FOR PATRICIA MOSLEY                    September 8, 2016

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant/Cross-Appellee Patricia Mosley respectfully submits this unopposed motion for an extension of time to file Cross-Appellee's response brief, seeking an extension of 30 days, through and until October 14, 2016.

Currently, Cross-Appellee Patricia Mosley's response brief is due on or before September 14, 2016. Appellant respectfully requests an extension of 30 days, through and until October 14, 2016, to file her response brief. This is Cross-Appellee's first request for an extension of time to file her response brief. Appellees/Cross-Appellants Texas Health and Human Services Commission and Texas Department of Family and Protective Services do not oppose the extension.

Cross-Appellee Patricia Mosley requests an extension not for purposes of delay, but because Cross-Appellee's counsel have a number of professional obligations in pending matters that impair their ability to prepare a brief by the current September 14, 2016, deadline.

Kevin Vickers's professional commitments include: (1) providing counsel on a complex regulatory compliance matter involving administrative enforcement by the Texas Commission on Environmental Quality; (2) providing counsel regarding pending National Environmental Policy Act environmental review; (3) providing counsel regarding claims under the Federal Tort Claims Act; and

1

(4) preparing for proceedings in *Texans Against High Speed Rail, Inc. v. Ken Paxton and Texas Department of Transportation*, Cause No. D-1-GN-16-000942, 126th Judicial District, Travis County, Texas.

Paulina Williams' professional obligations include: (1) providing counsel on multiple compliance and permitting related filings with the Texas Commission on Environmental Quality; and (2) providing counsel in multiple time-sensitive transactions.

Samia Rogers Broadaway's professional obligations include: (1) preparing for litigation related to Clean Air Act matters; and (2) providing counsel regarding compliance with Clean Water Act requirements.

For these reasons, Cross-Appellee respectfully requests that the Court grant her an extension of 30 days, through and until October 14, 2016, to file her response brief. Cross-Appellee requests such further relief to which she may be justly entitled.

Respectfully submitted,

BAKER BOTTS L.L.P.

 /s/ Kevin E. Vickers
Kevin E. Vickers
State Bar No. 24079517
kevin.vickers@bakerbotts.com
Paulina Williams
State Bar No. 24066295
paulina.williams@bakerbotts.com
Samia R. Broadaway
State Bar No. 24088322
samia.broadaway@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
512.322.2500 (phone)
512.322.2501 (fax)

ATTORNEYS FOR
PATRICIA MOSLEY

## CERTIFICATE OF CONFERENCE

I certify that I conferenced with Andrew Lutostanski, counsel for Appellees/Cross-Appellants Texas Health and Human Services Commission and Texas Department of Family and Protective Services, on September 8, 2016, concerning this motion, and Mr. Lutostanski responded that Cross-Appellants Texas Health and Human Services Commission and Texas Department of Family and Protective Services do not oppose the motion.

/s/ Kevin E. Vickers
Kevin E. Vickers

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this First Unopposed Motion for Extension of Time to File Cross-Appellee's Response Brief was served on all counsel of record listed below on September 8, 2016, via electronic service:

Andrew Lutostanski
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Phone: (512) 475-4200
Fax: (512) 320-0167
andrew.lutostanski@texasattorneygeneral.gov
(Attorney for Texas Health and Human Services Commission and Texas Department of Family and Protective Services)

/s/ Kevin E. Vickers
Kevin E. Vickers